FILED
2014 Mar-10 PM 02:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY SCOTT HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:13-cv-01646-MHH-PWG |
| | ) |
| JODY TALLIE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report on February 7, 2014, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on February 19, 2014. However, the plaintiff's objections do not directly address the substance of the report and recommendation, but simply assert the conclusory statement that the defendants have deprived him of life, liberty, and property without due process.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, this action is due to be dismissed without

prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief can be granted. A Final Judgment will be entered by separate order.

The plaintiff's pending motion to appoint counsel (doc. #17) is **DENIED** as moot.

DATED this 10th day of March, 2014

_/s/ Madeline H. Haikala_

MADELINE HUGHES HAIKALA

U.S. DISTRICT JUDGE